NOTE OF APPEAL TO THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS FROM THE DENIE OF APPEAL OF A TEXAS SUPREME COURT

United States District for the Northern

District of Texas

Docket Number 25-0506

NOV 4 2025 PM 1:53
FILED - USDC - NDTX - AM

**2-25CV-238-Z**

| | | |
|---|---|---|
| Vicker Sichanthavong,<br>Plaintiff, | § § § § § § § § § § | Note of appeal |
| v. | | |
| Richard Kates,<br>Defendant, | | |

Plaintiff

Pro se

Vicker Sichanthavong
POBOX 31406
Amarillo, Texas 79120
vicker3sichanthavong@gmail.com

Date: 11-4-2025

County court at # 1
case No: 110252-2-CV

Seventh court of appeal
case No: 07-24-00408-CV

Texas Supreme cort
case No: 25-0506

_____

Defendant:

Richard Kates
3000 NE 13th Ave., C plex
Amarillo, Texas 79107
last known address